```
1  LAWRENCE G. BROWN
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751
```



FILED

SEP 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:09-SW 300 

IN RE:

SEARCH WARRANTS AUTHORIZED
FOR THE PREMISES LOCATED AT:

Amador County Parcel
3101011600, site address
25500 Highway 88, Pioneer,
California; and

Amador County Parcel
031010015-000, no address,
United States Bureau of Land
Management Property.

ORDER FOR DESTRUCTION OF BULK
MARIJUANA SEIZURE

2:09-SW 301 

On or about September 15, 2009, the United States applied for an order permitting its agents to destroy bulk marijuana that it expects to seize in this matter pursuant to duly authorized search warrants. Having read and considered the papers filed by the United States, and good cause appearing:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, any bulk marijuana seized during the investigation. For evidentiary purposes, the marijuana plants shall be counted and, if possible, weighed. Additionally, any seized

1 | marijuana gardens shall be photographed and/or videotaped, and a
2 | representative sample taken from each location, which shall be
3 | preserved until further order of this court.

5 | DATED: Sept. 15, 2009

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE